within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–758. IN RE DISBARMENT OF SILVERMAN. It is ordered that Mark A. Silverman, of Selden, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–759. IN RE DISBARMENT OF HARTMANN. It is ordered that Robert Thomas Hartmann, of Middletown, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–6571. GRAHAM v. CONNOR ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 816.] Motion of respondents and North Carolina to permit North Carolina to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 88–293. COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. v. REID. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 940.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–305. SOUTH CAROLINA v. GATHERS. Sup. Ct. S. C. [Certiorari granted, *ante*, p. 888.] Motion of Center for Civil Rights et al. for leave to file a brief as *amici curiae* granted.

No. 88–357. MALENG, KING COUNTY PROSECUTING ATTORNEY, ET AL. v. COOK. C. A. 9th Cir. [Certiorari granted, *ante*, p. 941.] Motion of William L. Williams, Esq., to permit John M. Jones, Esq., to present oral argument *pro hac vice* denied.

No. 88–396. COLONIAL AMERICAN LIFE INSURANCE CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. [Certiorari granted, *ante*, p. 980.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 88–616. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. HUDSON. C. A. 11th Cir. [Certiorari granted, *ante*, p. 980.] Motion of the Solicitor General to dispense with printing the joint appendix granted.